# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| CHARLES D. HENDERSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:13-cv-00042 |
| ) | |
| CAROLYN W. COLVIN, ) | Judge Nixon |
| Acting Commissioner of Social Security, ) | Magistrate Judge Holmes |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff's pro se Motion for Miscellaneous Relief ("Motion") (Doc. No. 13), filed with several exhibits (Doc. Nos. 13-1–13-11). Defendant Commissioner of Social Security filed a Reply opposing Plaintiff's Motion. (Doc. No. 14.) Subsequently, Magistrate Judge Holmes issued a Report and Recommendation ("Report") recommending that the Motion be granted and that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for additional consideration of Plaintiff's claims. (Doc. No. 19 at 19.) The Report was filed on January 7, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) for additional consideration of Plaintiff's claims. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 26th day of January, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT